In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-055 CR


 ______________________


 

OSCAR RAY TAYLOR, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 86878






MEMORANDUM OPINION 


 We have before the Court a request from the appellant, Oscar Ray Taylor, to withdraw
his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant
personally. Counsel of record agrees with the request. No opinion has issued in this appeal. 
The motion is granted, and the appeal is therefore dismissed.



 APPEAL DISMISSED. 

 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion Delivered June 20, 2007 

Do not publish


Before McKeithen, C.J., Gaultney and Horton, JJ.